**Fill in this information to identify the case:**

Debtor name _____Untitled Labs, Inc._____

United States Bankruptcy Court for the: _____Northern District of California_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................

   $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................

   $ _145,936.80_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................

   $ _145,936.80_

---

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............

   $ _15,434,919.12_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................

   $ _942,557.56_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................

   +$ _2,828,415.14_

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b

   $ _19,205,891.82_

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 1 of 124

☐ Check if this is an
amended filing

<u>Official Form 206A/B</u>

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                               $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Community Bank Of The Bay | Checking | 2  8  3  1 | $ 1,850.78 |
| 3.2. | See continuation sheet | | | $ 0.01 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**                                                                            $ 1,850.79

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    0.00 — 0.00 = ........➔    $ 0.00
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    558,663.50 — 414,577.49 = ........➔    $ 144,086.01
face amount    doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 144,086.01

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | ____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** _____ | ____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** _____ | ____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** _____ | ____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ _____ | | $ _____ |

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 4 of 124

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 5 of 124

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Case: 24-30760   Doc# 2   Filed: 10/12/24   Entered: 10/12/24 09:24:32   Page 6 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|--------|---------------------|-------------------------------------------|
|        | Name                |                                           |

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** In-house developed software "Hatch" | $_____ | | Unknown $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | | 0.00 $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | | | **Current value of debtor's interest** |
|---|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

|  | 0.00 | — | 0.00 | = ➡ | $ 0.00 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
NOL Deduction

| Employee Retention Tax Credit for Q1 2021 | Tax year | 2021-2023 | $ Unknown |
|---|---|---|---|
| | Tax year | 2021 | $ Unknown |
| | Tax year | _____ | $ _____ |

73. **Interests in insurance policies or annuities**

_____      $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____      $ _____

Nature of claim         _____
Amount requested        $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____      $ _____

Nature of claim         _____
Amount requested        $ _____

76. **Trusts, equitable or future interests in property**

_____      $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____      $ _____
_____      $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 8 of 124

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,850.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 144,086.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ..............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 145,936.80  + 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................  145,936.80     $ 145,936.80

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| **Mercury Technologies, Inc.** | **Checking** | **2611** |
| **Balance: 0.00** | | |
| **Mercury Technologies, Inc.** | **Checking** | **6257** |
| **Balance: 0.00** | | |
| **Mercury Technologies, Inc.** | **Savings** | **8722** |
| **Balance: 0.01** | | |

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
Steven Barbieri

**Describe debtor's property that is subject to a lien**

$ 8,359.65        $ 0.00

**Creditor's mailing address**

2369 Union Street

Apt. 2, San Francisco, CA 94123

**Creditor's email address, if known**

_____

**Date debt was incurred**    01/17/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor,

**Describe the lien**

Judgment

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
Triplepoint Capital LLC

**Describe debtor's property that is subject to a lien**

All assets

$15,426,559.47        $0.00

**Creditor's mailing address**

2755 Sandhill Road

Ste. 150, Menlo Park, CA 94025

**Creditor's email address, if known**

_____

**Date debt was incurred**    06/28/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 15,434,919.12

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor: Untitled Labs, Inc.

United States Bankruptcy Court for the: Northern District of California

Case number
(if known): _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Alabama Department of Labor
649 Monroe St. Montgomery, AL 36131

As of the petition filing date, the claim is: $ Unknown   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number _____

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

**2.2** Priority creditor's name and mailing address
Boston Re-Employment Center
2 Avenue de Lafayette
Boston, MA 02111

As of the petition filing date, the claim is: $ Unknown   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number _____

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address
CA Department of Tax and Fee Administration
455 Market Street
Ste. 620
San Francisco, CA 94105

As of the petition filing date, the claim is: $942,557.56   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account
number   1568

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 13 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4** **Priority creditor's name and mailing address**

California Labor Commissioner
1515 Clay Street,
Room 801
Oakland, CA 94612

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** **Priority creditor's name and mailing address**

California Secretary of State
1500 - 11th Street
Sacramento, CA 95814

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.6** **Priority creditor's name and mailing address**

Colorado Department of Labor and Employment
633 17th Street, Suite 201
Denver 80202-3660

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** **Priority creditor's name and mailing address**

Colorado Department of Revenue
Attn: Bankruptcy Dept
RM 104, 1881 Pierce St.
Denver, CO 80214

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Case: 24-30760   Doc# 2   Filed: 10/12/24   Entered: 10/12/24 09:24:32   Page 14 of 124

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8  Priority creditor's name and mailing address**

DC Office of Tax and Revenue
Compliance Administration Collection Division
1101 4th Street, SW, 6th Floor
Washington, DC 20024

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.9  Priority creditor's name and mailing address**

Delaware Secretary of State
Division of Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10  Priority creditor's name and mailing address**

Delaware State Treasury
820 Silver Lake Blvd.
Ste. 100
Dover, DE 19904

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11  Priority creditor's name and mailing address**

Department of Revenue
Bankruptcy/Claims Unit
2101 4th Ave #1400
Seattle, WA 98121

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|--------|---------------------|--------------------------------------------|
| | Name | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|--|-------------|-----------------|

**2.12** **Priority creditor's name and mailing address**
District Unemployment Compensation Board
4058 Minnesota Avenue, NE 4th Floor
Washington, DC 20019

$ <u>Unknown</u>           $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.13** **Priority creditor's name and mailing address**
Division of Unemployment Insurance
500 Mero Street
Frankfort, KY 40601

$ <u>Unknown</u>           $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.14** **Priority creditor's name and mailing address**
Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

$ <u>Unknown</u>           $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.15** **Priority creditor's name and mailing address**
Florida Department of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314

$ <u>Unknown</u>           $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 4 of ___

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 16 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16  Priority creditor's name and mailing address**

Franchise Tax Board
Bankruptcy Section, MS A-340
PO Box 2952
Sacramento, CA 95812-2952

$ Unknown                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.17  Priority creditor's name and mailing address**

Georgia Department of Labor
148 Andrew Young International Blvd NE
Suite 826
Atlanta, GA 30303-1751

$ Unknown                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.18  Priority creditor's name and mailing address**

Georgia Department of Revenue
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345

$ Unknown                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.19  Priority creditor's name and mailing address**

Illinois Department of Employment Security
Benefit Payment Control Division
P O Box 4385
Chicago, IL 60680

$ Unknown                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**      **Priority amount**

---

**2.20  Priority creditor's name and mailing address**

Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794-9035

$ _Unknown_____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.21  Priority creditor's name and mailing address**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

$ _Unknown_____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.22  Priority creditor's name and mailing address**

Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
P.O. Box 5222
Frankfort, KY 40602

$ _Unknown_____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.23  Priority creditor's name and mailing address**

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

$ _Unknown_____     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 18 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|--------|---------------------|------------------------|
|        | Name                |                        |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.24  Priority creditor's name and mailing address**

NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

---

**2.25  Priority creditor's name and mailing address**

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

---

**2.26  Priority creditor's name and mailing address**

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8  )

---

**2.27  Priority creditor's name and mailing address**

NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201

$ Unknown    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

---

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 19 of 124

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 7 of 109

## Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.28  Priority creditor's name and mailing address**

Oregon Dept of Revenue
ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

$ __Unknown__     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

__Taxes & Other Government Units__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☑ No
☐ Yes

---

**2.29  Priority creditor's name and mailing address**

Oregon Employment Department
875 Union Street NE
Salem, OR 97311

$ __Unknown__     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

__Wages, Salaries, Commissions__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

☑ No
☐ Yes

---

**2.30  Priority creditor's name and mailing address**

State of Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132?0001

$ __Unknown__     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

__Taxes & Other Government Units__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☑ No
☐ Yes

---

**2.31  Priority creditor's name and mailing address**

Tennessee Department of Labor and Workforce Development
c/o Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

$ __Unknown__     $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

__Wages, Salaries, Commissions__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

☑ No
☐ Yes

---

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
| --- | --- | --- |

---

**2.32 Priority creditor's name and mailing address**

Tennessee Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.33 Priority creditor's name and mailing address**

Texas Comptroller of Public Accounts
P.O. Box 149354
Austin, TX 78714

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

**2.34 Priority creditor's name and mailing address**

Texas Workforce Commission
101 E 15th Street
Austin, TX 78778

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

**2.35 Priority creditor's name and mailing address**

U.S. Small Business Administration
Attn: District Counsel
455 Market St., Ste. 600
San Francisco, CA 94105

$ Unknown        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**
☑ No
☐ Yes

---

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 21 of
124

| Debtor | Untitled Labs, Inc. | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim          Priority amount

---

**2.36  Priority creditor's name and mailing address**

Virginia Department of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA 23218-1115

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.37  Priority creditor's name and mailing address**

WA State Department of Labor & Industries
3rd Floor Legal
PO Box 44170
Olympia 98504-4170

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.38  Priority creditor's name and mailing address**

WA State Employment Security Department
Insolvency Unit
PO Box 9046
Olympia, WA 98507-9046

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.39  Priority creditor's name and mailing address**

Wyoming Department Of Revenue
122 W 25th St Ste E301 Herschler Building East
Cheyenne, WY 82002-0110

$ Unknown          $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

<span style="color:red">Case: 24-30760   Doc# 2   Filed: 10/12/24   Entered: 10/12/24 09:24:32   Page 22 of 124</span>

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | **Amount of claim** |
|---|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
10x Management
39 W 32nd Street
Ste. 1403
New York, NY 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 14,455.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**
97th Floor LLC
2600 W Executive Parkway
Ste. 180
Lehi, UT 84043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**
A&O General Construction LLC
aogeneralconstructionsllc@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 10,481.85

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** | **Nonpriority creditor's name and mailing address**
Aaron Gregoire
24 OAK TREE LN

FAIRFAX, CA 94930

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** | **Nonpriority creditor's name and mailing address**
ABCastle Building Contractor Inc.
abcastlecontractor@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 2,760.40

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**
Adam Chang
605 Wellesley Ave.

Kensington, CA 94708

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 23 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**   **Nonpriority creditor's name and mailing address**

Advanced Construction
samfard.act@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 6,250.00

---

**3.8**   **Nonpriority creditor's name and mailing address**

Aerotek Inc
PO Box 198531

Atlanta, GA 30384

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 23,652.44

---

**3.9**   **Nonpriority creditor's name and mailing address**

Aircall.io, Inc
44W 28th Street
Floor 14
New York, NY 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 1,440.00

---

**3.10**   **Nonpriority creditor's name and mailing address**

Al Hertz
132 Roosevelt Way, San Francisco, CA 94114

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 17,205.43

---

**3.11**   **Nonpriority creditor's name and mailing address**

Alan Le
alanle2001@yahoo.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 8,231.40

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Alan Mazzetti
alan.mazzetti@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 914.24

---

**3.13** Nonpriority creditor's name and mailing address

Albert Hogan
3234 14th Ave S

Seattle, WA 98144

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.14** Nonpriority creditor's name and mailing address

Alex Kabelytskyi
alex.kabelytskyi@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,220.64

---

**3.15** Nonpriority creditor's name and mailing address

Alex Shaw
4735 College View Ave., Los Angeles, CA 90041

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.16** Nonpriority creditor's name and mailing address

Alex Whitworth
alex.k.whitworth@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,903.92

| Debtor | Untitled Labs, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** **17**  Nonpriority creditor's name and mailing address

Alexander Hertz
132 Roosevelt Way

San Francisco, CA 94114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** **18**  Nonpriority creditor's name and mailing address

Alexander Stolpovsky
4624 142nd Pl SE, Bellevue, WA 98006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** **19**  Nonpriority creditor's name and mailing address

Alicia & Peter Arnold
pfarnold@yahoo.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,254.20

---

**3.** **20**  Nonpriority creditor's name and mailing address

Alicia Arnold
13326 Ne 154th Dr

Woodinville, WA 98072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** **21**  Nonpriority creditor's name and mailing address

Alicia Garcia
218 John St, Santa Cruz, CA 95060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,822.14

---

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 26 of 124

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims               page __14__ of ___109

| Debtor | Untitled Labs, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.17**  Nonpriority creditor's name and mailing address

Alexander Hertz
132 Roosevelt Way

San Francisco, CA 94114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.18**  Nonpriority creditor's name and mailing address

Alexander Stolpovsky
4624 142nd Pl SE, Bellevue, WA 98006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.19**  Nonpriority creditor's name and mailing address

Alicia & Peter Arnold
pfarnold@yahoo.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,254.20

---

**3.20**  Nonpriority creditor's name and mailing address

Alicia Arnold
13326 Ne 154th Dr

Woodinville, WA 98072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.21**  Nonpriority creditor's name and mailing address

Alicia Garcia
218 John St, Santa Cruz, CA 95060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 15,822.14

---

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|--------|---------------------|------------------------|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Alireza Hemmati
3878 Stemmler Drive

Sacramento, CA 95834

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.23** Nonpriority creditor's name and mailing address

Alisa Tangredi
alisatangredi@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,240.19

---

**3.24** Nonpriority creditor's name and mailing address

Alison Manel
alison.manel@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,795.00

---

**3.25** Nonpriority creditor's name and mailing address

Amanda Hughes
hughes.amanda@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,397.78

---

**3.26** Nonpriority creditor's name and mailing address

Amanda Park
892 Northampton Dr, Palo Alto, CA 94303

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|--------|---------------------|-----------------------------------------------|
|        | Name                |                                               |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27**   **Nonpriority creditor's name and mailing address**

Amanda Swearngin
amaswea@cs.washington.edu

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,058.00

---

**3.28**   **Nonpriority creditor's name and mailing address**

Amber Wheeler
amberlwheeler@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 4,367.00

---

**3.29**   **Nonpriority creditor's name and mailing address**

Amee Rusche
2638 45th Avenue

San Francisco, CA 94116

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3.30**   **Nonpriority creditor's name and mailing address**

Amee Rusche
ameerusche@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 9,547.19

---

**3.31**   **Nonpriority creditor's name and mailing address**

American Standard LLC
cebotarivogue@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,100.00

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32**   Nonpriority creditor's name and mailing address

Amos Klausner
67 Wild Iris Rd, San Geronimo, CA 94963

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,000.00

---

**3.33**   Nonpriority creditor's name and mailing address

Amy Kleckner
aekleckner@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,372.00

---

**3.34**   Nonpriority creditor's name and mailing address

Amy Maher
amyhendersonmaher@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 853.12

---

**3.35**   Nonpriority creditor's name and mailing address

Amy Ormiston
1919 19th Ave SE, Puyallup, WA, 98372-4752, US

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,191.27

---

**3.36**   Nonpriority creditor's name and mailing address

Amy Oum
amyoum6@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,335.04

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims    

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** Nonpriority creditor's name and mailing address

Amy Walsh
1588 Mizzen Lane, Half Moon Bay, CA 94019

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.38** Nonpriority creditor's name and mailing address

Ana Duong
3421 El Camino Real #11

Atherton, CA 94027

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.39** Nonpriority creditor's name and mailing address

Andrea Cruz
2441 Northeast Trail Way

Poulsbo, WA 98370

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,570.32

---

**3.40** Nonpriority creditor's name and mailing address

Andrea Cruz (Kevin Satterfield)
2441 NE Trail Way, Poulsbo, WA 98370

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.41** Nonpriority creditor's name and mailing address

Andrea Prudente
redprudente@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,334.41

---

Official Form 206E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 18 of 109

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **42** Nonpriority creditor's name and mailing address

Andrew & Ashely McComas
Bainbridge Island

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3.** **43** Nonpriority creditor's name and mailing address

Andrew Kontra
720 York Street
Unit 201
San Francisco, CA 94110

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 7,583.15

---

**3.** **44** Nonpriority creditor's name and mailing address

Andrew L Van Diest
andrew.vandiest@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 532.95

---

**3.** **45** Nonpriority creditor's name and mailing address

Angela & Adrian Cory
9101 SE 57th St, Mercer Island, WA 98040

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3.** **46** Nonpriority creditor's name and mailing address

Angela Troy
angela.troy@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 5,247.42

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|--------|---------------------|-----|
|        | Name                |     |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47    **Nonpriority creditor's name and mailing address**

Angie Mason
acifani@yahoo.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,476.00

---

**3.** 48    **Nonpriority creditor's name and mailing address**

Anil Patel
acpatel@yahoo.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 551.56

---

**3.** 49    **Nonpriority creditor's name and mailing address**

Anna Chung
1849 Jefferson St, San Francisco, CA 94123

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 50    **Nonpriority creditor's name and mailing address**

Anna Sale
annamartinsale@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 974.95

---

**3.** 51    **Nonpriority creditor's name and mailing address**

Anthony Jons
5043 Verdura Ave

Lakewood, CA 90712

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,802.55

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 52** Nonpriority creditor's name and mailing address

Ariel Mihic
38 W Thomson Ave, Sonoma, CA 95476

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 53** Nonpriority creditor's name and mailing address

Ariel Mihic
38 W Thomson Ave, Sonoma, CA 95476

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 54** Nonpriority creditor's name and mailing address

Ashley Hanson
1719 26th Ave E

Seattle, WA 98112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,762.14

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 55** Nonpriority creditor's name and mailing address

Ashley Zammitt
ashleyzammitt@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 56** Nonpriority creditor's name and mailing address

Ashwill Associates Commercial Real Estate
Services Company Inc
21680 Gateway Center Drive
Ste. 310
Diamond Bar, CA 91765

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,863.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **57** **Nonpriority creditor's name and mailing address**

Asif Ahmed
6429 Glorywhite Street

Lakewood, CA 90713

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45,569.00

---

**3.** **58** **Nonpriority creditor's name and mailing address**

ATeams Inc
88 University Place
5th Floor
New York, NY 10003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,204.00

---

**3.** **59** **Nonpriority creditor's name and mailing address**

Avery Ramin
331 Dolan Ave, Mill Valley, CA 94941

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** **60** **Nonpriority creditor's name and mailing address**

Balkan Brothers
Setaliste sv Bernardina 6D, Krk, Croatia 51500

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 95,323.00

---

**3.** **61** **Nonpriority creditor's name and mailing address**

Barbara Frei
112 Alta Vista Avenue

Mill Valley, CA 94941

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,550.31

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Basic Benefits
9246 Portage Industrial Dr.

Portage, MI 49024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$** 215.01

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.63** Nonpriority creditor's name and mailing address

BAY CITIES DEVELOPMENT
georgear@pacbell.net

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**$** 3,744.95

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.64** Nonpriority creditor's name and mailing address

Bell Air Construction
bellaircorp@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**$** 500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.65** Nonpriority creditor's name and mailing address

Bellevue Square LLC
575 Bellevue Square

Bellevue, WA 98004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$** 53,544.22

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.66** Nonpriority creditor's name and mailing address

Bellevue Square Merchants Association
575 Bellevue Square

Bellevue, WA 98004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$** 2,460.24

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 35 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.67** **Nonpriority creditor's name and mailing address**

Beverly Modell
126 Miraloma Drive

SAN FRANCISCO, CA 94127

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**

Bird Nest General Contractor LLC
info@birdnestconstructions.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 6,700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**

Brady & Michelle Cole
colemoles@comcast.net

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 999.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**

Brandy Kuentzel
147 Berendos Ave, Pacifica, CA 94044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**

Brian Nachreiner
nachreinerb@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 6,312.34

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address
Brighter Legacy Builders, Inc
PROJECTS@BUILDERSCA.COM

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,000.00

**3.73** Nonpriority creditor's name and mailing address
Bring Ruckus Inc
185 Wythe Ave

Brooklyn, NY 11249

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 36,667.00

**3.74** Nonpriority creditor's name and mailing address
Britt Westling
b.m.westling@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,780.00

**3.75** Nonpriority creditor's name and mailing address
Bro Builders Renovations
BroBuildersRenovations@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,525.00

**3.76** Nonpriority creditor's name and mailing address
Brooke Ciquera
2760 76th Ave SE, Mercer Island, WA 98040

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** **77** **Nonpriority creditor's name and mailing address**
Brooke Luke
4755 N Buttercreek Rd, Moorpark, CA 93021

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** **78** **Nonpriority creditor's name and mailing address**
Bryan Paradise
7219 S Pine St

Tacoma, WA 98409

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** **79** **Nonpriority creditor's name and mailing address**
Callie Damsgaard
calliev77@hotmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 551.69

---

**3.** **80** **Nonpriority creditor's name and mailing address**
Cameron Story
cstorys@yahoo.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,224.69

---

**3.** **81** **Nonpriority creditor's name and mailing address**
Candice Lange
10881 Barranca Drive

Cupertino, CA 95014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13,949.25

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address
Carla Silvey
256 Willamette Avenue, Kensington, CA 94708.

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.83** Nonpriority creditor's name and mailing address
Carmelita Oguro
318 Los Palmos Dr, San Francisco, CA 94127

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.84** Nonpriority creditor's name and mailing address
Catherine Flores
catfloresgates@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,234.52

---

**3.85** Nonpriority creditor's name and mailing address
Catherine Gudvangen
17260 Growers Cir, Yorba Linda, CA 92886

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.86** Nonpriority creditor's name and mailing address
Charles DiBona
2415 8th Ave W, Seattle, WA 98119

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 39 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 87  **Nonpriority creditor's name and mailing address**

Chelsea Larsson
600 Masonic Ave, Albany, CA 94706

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 88  **Nonpriority creditor's name and mailing address**

Chelsie Frank
11716 Evanston Ave N

Seattle, WA 98133

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 89  **Nonpriority creditor's name and mailing address**

Cheryl Woodford
1818 Lagoon View Drive

Tiburon, CA 94920

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 90  **Nonpriority creditor's name and mailing address**

Chester Shiu
1192 Polynesia Dr., Foster City, CA 94404

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 91  **Nonpriority creditor's name and mailing address**

Chris Chen & Christina Khamsy
308 N Huntington Ave, Monterey Park, CA 91754

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,401.12

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><b>Part 2:</b> Additional Page</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address
Chris Scullin
scullin.stuff@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,018.42

**3.93** Nonpriority creditor's name and mailing address
Christa Phillipson
austrian.classics@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,352.54

**3.94** Nonpriority creditor's name and mailing address
Christian Cerria
2821 Laguna Street

San Francisco, CA 94123

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

**3.95** Nonpriority creditor's name and mailing address
Christina Khamsy
308 North Huntington Avenue

Monterey Park, CA 91754

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

**3.96** Nonpriority creditor's name and mailing address
Christine Domingo
19107 3rd Ave NW

Shoreline, WA 98177

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

Case: 24-30760   Doc# 2   Filed: 10/12/24   Entered: 10/12/24 09:24:32   Page 41 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97** Nonpriority creditor's name and mailing address

Christine Grauer
1113 Gatewood Drive

Alexandria, VA 22307

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.98** Nonpriority creditor's name and mailing address

Christopher Crowley
4520 Northeast 92nd Street

Seattle, WA 98115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 19,797.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.99** Nonpriority creditor's name and mailing address

Christy Arneson
11600 Occidental Avenue South

Seattle, WA 98168

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,516.41

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.100** Nonpriority creditor's name and mailing address

Cody Groom
5404 99th Ave NW

Gig Harbor, WA 98335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,751.86

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.101** Nonpriority creditor's name and mailing address

Colton Carothers
806 S 273rd Ct, Des Moines, WA 98198

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,493.79

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|--------|---------------------|-------------------------------------------|
|        | Name                |                                           |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** **102**   **Nonpriority creditor's name and mailing address**

Connie Wong
1325 Mayberry Lane

San Jose, CA 95131

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

---

**3.** **103**   **Nonpriority creditor's name and mailing address**

Contractors State License Board
P.O. Box 26000
Sacramento, CA 95826

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

---

**3.** **104**   **Nonpriority creditor's name and mailing address**

Courtney Edwards
25702 75th Avenue Southwest

Vashon, WA 98070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 2,237.44

---

**3.** **105**   **Nonpriority creditor's name and mailing address**

COZY HOME REMODELING LLC
iv.rusanovwork@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 4,964.03

---

**3.** **106**   **Nonpriority creditor's name and mailing address**

Cynthia Ng-villaluz
1545 Oakland Avenue

Piedmont, CA 94611

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ Unknown

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** Nonpriority creditor's name and mailing address

Daniel Bullis
14110 97th Ave NE

Kirkland, WA 98034

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ Unknown

---

**3.108** Nonpriority creditor's name and mailing address

Daniel Cohen
dan.cohenf@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 1,214.34

---

**3.109** Nonpriority creditor's name and mailing address

Daniel Inglish
d.inglish@hotmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 1,058.26

---

**3.110** Nonpriority creditor's name and mailing address

Danielle Fontanesi
4379 30th Street
Ste. 4
San Diego, CA 92104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 4,082.50

---

**3.111** Nonpriority creditor's name and mailing address

Danielle Khoo
1760 N Northlake Way Apt 127

Seattle, WA 98103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 16,939.16

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 112 **Nonpriority creditor's name and mailing address**
Danny Bullis
daniel.p.bullis@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,865.70

---

**3.** 113 **Nonpriority creditor's name and mailing address**
Danyell Jariel
3020 El Nido Dr, Altadena, CA 91001

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 114 **Nonpriority creditor's name and mailing address**
Darren Delapp
12015 Hiram Pl NE, Seattle, WA 98125

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 115 **Nonpriority creditor's name and mailing address**
Darryl Law
311 Ashton Avenue

Millbrae, CA 94030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 32,804.81

---

**3.** 116 **Nonpriority creditor's name and mailing address**
David Merin
84 Polhemus Way

Larkspur, CA 94939

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 648.60

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|--------|---------------------|--------------------------------------------------|
|        | Name                |                                                  |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.117** Nonpriority creditor's name and mailing address

David Simpson
1158 SE 11th St

North Bend, WA 98045

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown

---

**3.118** Nonpriority creditor's name and mailing address

Dawn Jones
dawnajones@yahoo.com

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 7,356.21

---

**3.119** Nonpriority creditor's name and mailing address

De La Cuesta Construction
delacuestacons@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,850.00

---

**3.120** Nonpriority creditor's name and mailing address

Deanna Bjorkquist
4401 West St

Oakland, CA 94608

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 22,816.40

---

**3.121** Nonpriority creditor's name and mailing address

Debbie Van Ness
432 34th St, Manhattan Beach, CA 90266

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 34 of ___109

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 122   **Nonpriority creditor's name and mailing address**

Deborah Smith
1045 York Street

San Francisco, CA 94110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,210.57

---

**3.** 123   **Nonpriority creditor's name and mailing address**

Deel
425 First Street

San Francisco, CA 94105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,099.00

---

**3.** 124   **Nonpriority creditor's name and mailing address**

Deepa Lounsbury
deepa.lounsbury@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,344.32

---

**3.** 125   **Nonpriority creditor's name and mailing address**

Denise Sprague
400 La Cuesta Dr, Scotts Valley, CA 95066

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 126   **Nonpriority creditor's name and mailing address**

Diana Diomede
diana.k.diomede@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,180.00

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 127 **Nonpriority creditor's name and mailing address**
Dianne Myhre
dianne_myhre@yahoo.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,183.85

**3.** 128 **Nonpriority creditor's name and mailing address**
Dina Price
price.dina@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,100.00

**3.** 129 **Nonpriority creditor's name and mailing address**
DMV Renovation, LLC
info@dmvrenovation.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,974.15

**3.** 130 **Nonpriority creditor's name and mailing address**
Drossman Law, PC
2261 Market St
#454
San Francisco, CA 94110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,595.00

**3.** 131 **Nonpriority creditor's name and mailing address**
Duran James
grim.sequence@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,330.76

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 132 **Nonpriority creditor's name and mailing address**

Duy Nguyen
6855 Bevis Avenue

Los Angeles, CA 91405

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 133 **Nonpriority creditor's name and mailing address**

E. Seaton Construction Services
Elvante@yahoo.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 4,722.31

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.** 134 **Nonpriority creditor's name and mailing address**

Eco Building
ecobuildingca@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 1,125.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.** 135 **Nonpriority creditor's name and mailing address**

Elana Metz
10702 Ettrick Street, Oakland, CA 94605

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 136 **Nonpriority creditor's name and mailing address**

Elba Ramirez
1835 Palm View Pl, Santa Clara, CA 95050

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|--------|---------------------|----------------------------------|
|        | Name                |                                  |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 137 **Nonpriority creditor's name and mailing address**

Elena Belous
338 Central Avenue

Mountain View, CA 94043

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 138 **Nonpriority creditor's name and mailing address**

Elisa Lotti
lislotti@aol.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 484.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.** 139 **Nonpriority creditor's name and mailing address**

Elise Howard
131 Matisse Circle

Aliso Viejo, CA 92656

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.** 140 **Nonpriority creditor's name and mailing address**

Elle Starr
elle@elegantcode.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 2,780.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 141 **Nonpriority creditor's name and mailing address**

Emerald City Construction
dmitry@emeraldcitybuild.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 2,340.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 38 of ___109

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.142** Nonpriority creditor's name and mailing address

Emily Hartford
6866 NE Bergman Rd, Bainbridge Island, WA
98110

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** Nonpriority creditor's name and mailing address

Emily Hartford
emilyhartford@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 795.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** Nonpriority creditor's name and mailing address

Eric & Megan Rogers
838 Bay Street, San Francisco, CA, 94109,
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1.44

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145** Nonpriority creditor's name and mailing address

Eric Berlinberg
2605 Franklin Avenue East Apt D

Seattle, WA 98102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,131.70

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address

Eric Rogers
838 Bay Street

San Francisco, CA 94109

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** Nonpriority creditor's name and mailing address
Erik Moe
erikmoesf@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,448.00

---

**3.148** Nonpriority creditor's name and mailing address
Erika Flannery
4609 Fair Ave.

Oakland, CA 94619

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,982.70

---

**3.149** Nonpriority creditor's name and mailing address
Erin Francis
242 Arguello Blvd, San Francisco, CA 94118

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.150** Nonpriority creditor's name and mailing address
Esther Nelson
10619 1st Ave SW, Seattle, WA, 98146-2315, US

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 960.32

---

**3.151** Nonpriority creditor's name and mailing address
Estrella Parker
parkerestrellas@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,209.95

---

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** **Nonpriority creditor's name and mailing address**

Excel Group
405€Glenn€Drive
Ste. 1
Sterling, VA 20164

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 25,686.58

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153** **Nonpriority creditor's name and mailing address**

Fast Construction
cesarmontiel603@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 993.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**

Felchin, Diane
dianegoliver@yahoo.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 1,610.71

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155** **Nonpriority creditor's name and mailing address**

Fernando Loureiro
fecloureiro@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 909.10

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**

First-Citizens Bank & Trust Company
75 N. Fair Oaks Ave.
Pasadena, CA 91103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157 Nonpriority creditor's name and mailing address**

Fulfillment and Warehousing Solutions Inc
31145 Wiegman Road

Hayward, CA 94544

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28,521.85

---

**3.158 Nonpriority creditor's name and mailing address**

Gaelen Sayres (Zach Webster)
1241 19th Ave, San Francisco, CA 94122

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.159 Nonpriority creditor's name and mailing address**

Garrett Goldberg
2948 California St, San Francisco, CA 94115

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.160 Nonpriority creditor's name and mailing address**

Gary Whizin
218 John Street

Santa Cruz, CA 95060

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.161 Nonpriority creditor's name and mailing address**

GAXL Construction
josegalicia@remodelingaxl.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,162.30

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 162 **Nonpriority creditor's name and mailing address**

Gladly Software Inc
60 29th Street.
#125
San Francisco, CA 94110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,590.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 163 **Nonpriority creditor's name and mailing address**

Golden State Material Handling Corporation
P.O. Box 3013

Union City, CA 94587

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,351.34

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 164 **Nonpriority creditor's name and mailing address**

Goodwin Procter LLP
100 Northern Ave

Boston, MA 2210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 112,088.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 165 **Nonpriority creditor's name and mailing address**

Gourmet Innovations West Inc
1550 NW 18th Stree
#601
Pompano Beach, FL 33069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 32,315.31

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 166 **Nonpriority creditor's name and mailing address**

Grant Sanders
1643 Harlan Drive

Danville, CA 94526

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,164.52

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 167 **Nonpriority creditor's name and mailing address**
Gravity Builders LLC
gravitybuildersllc@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 168 **Nonpriority creditor's name and mailing address**
Greenhouse
18 W. 18th Street

New York, NY 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21,016.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 169 **Nonpriority creditor's name and mailing address**
Greg&Kate Ratkovsky
teamgreate@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,982.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 170 **Nonpriority creditor's name and mailing address**
Gretchen Vagharshakian
gretcurtis@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,748.55

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 171 **Nonpriority creditor's name and mailing address**
Guardian Remodeling Construction
Hw5550@yahoo.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** Nonpriority creditor's name and mailing address

Guilherme Talarico
1310 8th Street

Alameda, CA 94501

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown

---

**3.173** Nonpriority creditor's name and mailing address

Hafsa Sayyeda
6429 Glorywhite St

Lakewood, CA 90713

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown

---

**3.174** Nonpriority creditor's name and mailing address

Hana Jacob
hanawakayama@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 3,006.39

---

**3.175** Nonpriority creditor's name and mailing address

Harshita Pilla
harshita.pilla@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 30.02

---

**3.176** Nonpriority creditor's name and mailing address

Heather Rhodes
1235 Southwest 132nd Lane

Burien, WA 98146

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 4,784.57

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.177** Nonpriority creditor's name and mailing address

Heather Salem
heatherksalem@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 474.60

---

**3.178** Nonpriority creditor's name and mailing address

Heather Shook
11105 236th Place Southwest

Woodway, WA 98020

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17,270.85

---

**3.179** Nonpriority creditor's name and mailing address

Helen Matthews
4290 Terrace St, Oakland, CA 94611

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.180** Nonpriority creditor's name and mailing address

High Value Assets Llc
Edhmartins@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,584.00

---

**3.181** Nonpriority creditor's name and mailing address

Hilary Englert
2601 Chestnut St. Apt. 1, San Francisco, CA 94123

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims               page 46 of 109

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182 Nonpriority creditor's name and mailing address**

Home Depot Store Support, Inc.
Attn: VP-Legal and Deputy General Counsel
2455 Paces Ferry Road NW
Atlanta, GA 30339

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.183 Nonpriority creditor's name and mailing address**

Hot Shot Final Mile LLC
PO Box 701189

Houston, TX 77270

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 60.00

---

**3.184 Nonpriority creditor's name and mailing address**

Hsunwei Hsiung
301 Lowell Dr

santa clara, CA 95051

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.185 Nonpriority creditor's name and mailing address**

I N I Construction
Iniconstruction707@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 500.00

---

**3.186 Nonpriority creditor's name and mailing address**

In Level Construction Inc
inlevelconstruction@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,500.00

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 187   **Nonpriority creditor's name and mailing address**

J Aldric Burch Construction
burch.construction@yahoo.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 695.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 188   **Nonpriority creditor's name and mailing address**

J S L CONSTRUCTION
sales@jsl-construction.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 980.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 189   **Nonpriority creditor's name and mailing address**

J.C.U. DBA J CAMPOS INC.
jcamposinc57@icloud.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 4,025.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 190   **Nonpriority creditor's name and mailing address**

Jack Wang
3852 Jefferson Ave, Emerald Hills, CA,
94062-3436, US

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 191   **Nonpriority creditor's name and mailing address**

Jack Wang
angela.li1588@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 24,020.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 192  Nonpriority creditor's name and mailing address

Jacob Ahmu
8420 Hillrose St.

SUNLAND, CA 91040

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 193  Nonpriority creditor's name and mailing address

Jacob Wiegner
gingerandjacob@yahoo.co.uk

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 2,294.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 194  Nonpriority creditor's name and mailing address

Jamie Faber (Charles Frank Horejs Jr.)
faberfotossf@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 898.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 195  Nonpriority creditor's name and mailing address

Janelle Lee
4474 Hilton Ave, San Jose, CA 95130

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 196  Nonpriority creditor's name and mailing address

Janet Billups
janetfbillups@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 8,259.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 49 of 109

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** <sup>197</sup> **Nonpriority creditor's name and mailing address**

Jason McClendon
jason.mcclendon@outlook.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,741.62

---

**3.** <sup>198</sup> **Nonpriority creditor's name and mailing address**

Jason riback
jriback248@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 202.44

---

**3.** <sup>199</sup> **Nonpriority creditor's name and mailing address**

Jason Villaluz
1546 Oakland Ave

Piedmont, CA 94611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,483.71

---

**3.** <sup>200</sup> **Nonpriority creditor's name and mailing address**

Jeanette & John Boyne
5358 Apple Blossom Dr, San Jose, CA 95123

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** <sup>201</sup> **Nonpriority creditor's name and mailing address**

Jeff Stanford
stanford.jeff@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,551.62

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 202** Nonpriority creditor's name and mailing address
Jeffrey Thompson
j-bthompson@comcast.net

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,403.62

---

**3. 203** Nonpriority creditor's name and mailing address
Jen Albert
jennifer.a.albert@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 963.45

---

**3. 204** Nonpriority creditor's name and mailing address
Jen Oshiro
15651 SE 43rd St, Bellevue, WA 98006

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3. 205** Nonpriority creditor's name and mailing address
Jennifer Belardi
jennifer.l.belardi@pwc.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 433.43

---

**3. 206** Nonpriority creditor's name and mailing address
Jennifer Browne
2360 Union Street

San Francisco, CA 94123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,417.67

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|--------|---------------------|------------------------------------------|
|        | Name                |                                          |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 207   **Nonpriority creditor's name and mailing address**

Jennifer Cheung
223 Page Street

San Francisco, CA 94102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,809.87

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 208   **Nonpriority creditor's name and mailing address**

Jennifer Finney-Ellison
4108 Fassett Court

Elk Grove, CA 95758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 209   **Nonpriority creditor's name and mailing address**

Jennifer Fisher
50 Rockwood Ct, San Francisco, CA 94127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 210   **Nonpriority creditor's name and mailing address**

Jennifer H Garone
jgarone@hotmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 806.14

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 211   **Nonpriority creditor's name and mailing address**

Jennifer Sinclair
jvaagesinclair@live.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 6,500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

| Debtor | Untitled Labs, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 212  **Nonpriority creditor's name and mailing address**

Jeremy Burris
18621 Springdale Ct NW

Shoreline, WA 98177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 213  **Nonpriority creditor's name and mailing address**

Jessica Chang
jessshu@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Refund

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 918.53

---

**3.** 214  **Nonpriority creditor's name and mailing address**

Jessica McGowan
23 Mirabel Ave San Francisco Ca 94110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 215  **Nonpriority creditor's name and mailing address**

Jessica Ward
309 Bancroft Way, Pacifica, CA 94044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 216  **Nonpriority creditor's name and mailing address**

Jl Fine Finishes LLC
office.jlfinishes@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,450.00

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|--------|---------------------|------------------------|
|        | Name |  |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** _217_  **Nonpriority creditor's name and mailing address**

Joanna Gorovoy
320 Walnut Avenue

Walnut Creek, CA 94598

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,713.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _218_  **Nonpriority creditor's name and mailing address**

Jodie Peake
77 El Toyonal

Orinda, CA 94563

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _219_  **Nonpriority creditor's name and mailing address**

Joey Downey
17390 Keaton Ave, Sonoma, CA 95476

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 24,693.81

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _220_  **Nonpriority creditor's name and mailing address**

John Cale
234 Mississippi Street

San Francisco, CA 94107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,537.42

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _221_  **Nonpriority creditor's name and mailing address**

John Darden
2068 3rd St., Apt 16

San Francisco, CA 94107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,500.99

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 206E/F             Schedule E/F: Creditors Who Have Unsecured Claims             page 54 of 109

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.222** Nonpriority creditor's name and mailing address

John Hutar
698 2nd Ave., Redwood City, CA, 94063-1621, US

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 53,636.16

---

**3.223** Nonpriority creditor's name and mailing address

John Lortz
2507 SW 169TH PLACE

BURIEN, WA 98166

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.224** Nonpriority creditor's name and mailing address

John Prichard
153 Virginia Ln, Alamo, CA 94507

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.225** Nonpriority creditor's name and mailing address

John Trischetti Jr
18124 27th Dr SE, Bothell, WA 98012

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.226** Nonpriority creditor's name and mailing address

Johnathan Hutar
698 Second Avenue

Redwood City, CA 94063

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.227 Nonpriority creditor's name and mailing address**

Jon Hural
7930 NE Baker Hill Rd, Bainbridge Island, WA 98110

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

$ Unknown

**3.228 Nonpriority creditor's name and mailing address**

Jonas Heineman
22karlave@gmail.com

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

$ 5,435.04

**3.229 Nonpriority creditor's name and mailing address**

Jonathan Ormiston
1919 19th Avenue Southeast

Puyallup, WA 98372

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

$ Unknown

**3.230 Nonpriority creditor's name and mailing address**

Jonathan Shaw
jonathanshaw76@hotmail.com

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

$ 3,599.99

**3.231 Nonpriority creditor's name and mailing address**

Jonathan Steketee
jonathan.j.steketee@gmail.com

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

$ 8,043.43

Case: 24-30760 Doc# 2 Filed: 10/12/24 Entered: 10/12/24 09:24:32 Page 68 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 232   **Nonpriority creditor's name and mailing address**

Jordan Milat-Stankowski
1937 Fallen Oak Ct, Walnut Creek, CA 94595

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 233   **Nonpriority creditor's name and mailing address**

Joseph Downey
17390 Keaton Avenue

Sonoma, CA 95476

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 234   **Nonpriority creditor's name and mailing address**

Joseph Ferrer
421 Diamond St, San Francisco, CA 94114

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 235   **Nonpriority creditor's name and mailing address**

Josh Buren & Kate Kurkjian
20210 Marine View Dr SW, Normandy Park, WA 98166

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 236   **Nonpriority creditor's name and mailing address**

Josh Scriven
eccolab@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,942.00

---

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 237   **Nonpriority creditor's name and mailing address**

Josi Taylor
josidavis@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,207.13

---

**3.** 238   **Nonpriority creditor's name and mailing address**

JTA Construction Inc.
jta_construction@hotmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 22,728.50

---

**3.** 239   **Nonpriority creditor's name and mailing address**

Judith Ward
19 Acacia Ave, Belvedere, CA 94920

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3.** 240   **Nonpriority creditor's name and mailing address**

Julia Ho
hojjulia@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 3,337.20

---

**3.** 241   **Nonpriority creditor's name and mailing address**

JumpCloud
361 Centennial Pkwy
Ste. 300
Louisville, CO 80027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 640.00

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 58 of 109

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242** Nonpriority creditor's name and mailing address

Justin Bigelow
109 Germania St, San Francisco, CA 94117

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.243** Nonpriority creditor's name and mailing address

Kacie Grant
kacie_grant@yahoo.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,382.00

---

**3.244** Nonpriority creditor's name and mailing address

Karen Urbanowicz
2560 3rd Avenue West

Seattle, WA 98119

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.245** Nonpriority creditor's name and mailing address

Karl Kronenberger
88 Shore View Ave

San Francisco, CA 94121

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,797.63

---

**3.246** Nonpriority creditor's name and mailing address

Kate Feeney
kfeenbuystuff@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,743.50

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 247   **Nonpriority creditor's name and mailing address**

Kathleen Myers
2666 52nd Ave Sw

Seattle, WA 98116

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3.** 248   **Nonpriority creditor's name and mailing address**

Kathy Myers
2666 52nd Ave SW, Seattle, WA, 98116-2265

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,123.89

---

**3.** 249   **Nonpriority creditor's name and mailing address**

Katie Hagey
katherine.hagey@bain.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 4,389.03

---

**3.** 250   **Nonpriority creditor's name and mailing address**

Katrina Thompson
9357 California Dr SW, Seattle, WA 98136

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3.** 251   **Nonpriority creditor's name and mailing address**

Katy Levit
Bainbridge Island

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 60 of __ 109

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252**   Nonpriority creditor's name and mailing address

Kavita Mears
desaikav@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 37,511.75

---

**3.253**   Nonpriority creditor's name and mailing address

Kay Twitchell
250 Bangor Avenue

San Jose, CA 95123

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.254**   Nonpriority creditor's name and mailing address

Kayla Grundy
5132 Olive Drive

Concord, CA 94521

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.255**   Nonpriority creditor's name and mailing address

Keith OShea Electrical
11113 50th Ave SE

Everett, WA 98208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26,700.00

---

**3.256**   Nonpriority creditor's name and mailing address

Kelly Hee
328 N 15th St, San Jose, CA 95112

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257** Nonpriority creditor's name and mailing address

Kelly Worcester-Dustin
6341 57th Ave South

SEATTLE, WA 98118

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.258** Nonpriority creditor's name and mailing address

Kenneth Hway
155 Borica St, San Francisco, CA 94127

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.259** Nonpriority creditor's name and mailing address

Kevin Finley
3717 Beach Dr SW Unit 319, Seattle, WA 98116

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.260** Nonpriority creditor's name and mailing address

Kimberly Kleiven
2040 Main Street Apt 117

Santa Clara, CA 95050

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.261** Nonpriority creditor's name and mailing address

Kimberly Tung
kimberly.tung@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

$ 1,114.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 262 **Nonpriority creditor's name and mailing address**

Kingdom Minded Electric
sebastian@kingdommindedelectric.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,733.00

---

**3.** 263 **Nonpriority creditor's name and mailing address**

Kristen Ingels
610 Kern St

Richmond, CA 94805

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 264 **Nonpriority creditor's name and mailing address**

Kristen Roe
kristenroep@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,705.00

---

**3.** 265 **Nonpriority creditor's name and mailing address**

Kristi Quinn
quinns5n1@cox.net

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 734.94

---

**3.** 266 **Nonpriority creditor's name and mailing address**

Kristina Gregoire
24 Oak Tree Ln,

Fairfax, CA 94930

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13,967.35

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 63 of 109

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267**    **Nonpriority creditor's name and mailing address**

Kristina Moulden
3134 Woodruff Avenue

Long Beach, CA 90808

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,617.00

---

**3.268**    **Nonpriority creditor's name and mailing address**

Kustomer Inc
5 Penn Plaza
19th Floor
New York, NY 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 897.52

---

**3.269**    **Nonpriority creditor's name and mailing address**

Kyra Woodward
562 14th St, San Francisco, CA 94103

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.270**    **Nonpriority creditor's name and mailing address**

Lana Griffin
grifflink@aol.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,000.00

---

**3.271**    **Nonpriority creditor's name and mailing address**

LAND DESIGN BUILD INC
TonyLam@LandDesignBuild.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,621.30

---

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **272** **Nonpriority creditor's name and mailing address**

Lane Powell
P.O. Box 91302

Seattle, WA 98111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,916.00

---

**3.** **273** **Nonpriority creditor's name and mailing address**

Larry Liang
4717 W Lk Samm Pkwy SE, Apt C306

Issaquah, WA 98027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 944.83

---

**3.** **274** **Nonpriority creditor's name and mailing address**

Lasoto LLC
3490 Victoria Avenue

Santa Clara, CA 95051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,860.00

---

**3.** **275** **Nonpriority creditor's name and mailing address**

Laura A. Faulkner
20 Trace Lane, Half Moon Bay, CA 94019

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** **276** **Nonpriority creditor's name and mailing address**

Laura Alford
372 Marin Ave, Mill Valley, CA 94941

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277**  Nonpriority creditor's name and mailing address

Laura Hamilton
laurajhamilton8@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,980.00

---

**3.278**  Nonpriority creditor's name and mailing address

Laura Hoeppner
3212 West 78th Place

Los Angeles, CA 90043

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.279**  Nonpriority creditor's name and mailing address

Laura Kiff
laurakiff@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 102.91

---

**3.280**  Nonpriority creditor's name and mailing address

Lauren Luke & Ram Gudavalli
lauren.luke@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 834.00

---

**3.281**  Nonpriority creditor's name and mailing address

Laurie Ricksecker
410 Cola ballena

Alameda, CA 94501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,431.64

---

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|--------|---------------------|------------------------|
|        | Name |  |

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.282**  Nonpriority creditor's name and mailing address
Leah Larson
19814 178th Ave E, Orting, WA 98360

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.283**  Nonpriority creditor's name and mailing address
Leanne Loveday-Smith
1416 44TH Ave, San Francisco, CA 94122

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.284**  Nonpriority creditor's name and mailing address
Leland Weeks
5987 Peacock Ridge Rd, Unit 118

Rancho Palos Verdes, CA 90275

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.285**  Nonpriority creditor's name and mailing address
Leo Banchik
leobanchik@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 499.40

---

**3.286**  Nonpriority creditor's name and mailing address
Leo Gong
1634 30th Ave, San Francisco, CA 94122

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

Case: 24-30760   Doc# 2   Filed: 10/12/24   Entered: 10/12/24 09:24:32   Page 79 of
124

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 67 of ___109

| Debtor | Untitled Labs, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 287   **Nonpriority creditor's name and mailing address**

Leslie & Philip Chan
1425 Drake Ave

Burlingame, CA 94010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,687.49

---

**3.** 288   **Nonpriority creditor's name and mailing address**

Leslie Chan
1425 Drake Avenue

Burlingame, CA 94010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 289   **Nonpriority creditor's name and mailing address**

Leslie MacKay
c/o Phillips, Spallas & Angstadt LLP
560 Mission St., Ste. 1010
San Francisco, CA 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 290   **Nonpriority creditor's name and mailing address**

Levent Schild, Larry
larryschild@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,575.35

---

**3.** 291   **Nonpriority creditor's name and mailing address**

Liku Ashenafi
3826 Monterey Blvd, Oakland, CA 94619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,632.00

---

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.292** Nonpriority creditor's name and mailing address

Lilola Home, LLC
1500 Whipple Road
Union City, CA 94587

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sub-SubLease

Date or dates debt was incurred    7/1/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.293** Nonpriority creditor's name and mailing address

Linkedin
62228 Collections Center Drive

Chicago, IL 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,270.00

---

**3.294** Nonpriority creditor's name and mailing address

Lisa Doliner
4228 Berrendo Dr.

Sacramento, CA 95864

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,660.97

---

**3.295** Nonpriority creditor's name and mailing address

Lisa Ehlers
1761 Arlington Boulevard

El Cerrito, CA 94530

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,153.72

---

**3.296** Nonpriority creditor's name and mailing address

Lisa Friend
1501 243rd Pl SE, Bothell, WA 98021

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 81 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|--------|---------------------|--------------------------------|
|        | Name                |                                |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 297   **Nonpriority creditor's name and mailing address**

Lisa Gertridge
132 Roosevelt Way

San Francisco, CA 94114

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 298   **Nonpriority creditor's name and mailing address**

Lorrie Sheets
lasheets2002@yahoo.com

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 848.90

---

**3.** 299   **Nonpriority creditor's name and mailing address**

Lucia Gomez
3547 Wind Cave Court

Pleasanton, CA 94588

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,364.18

---

**3.** 300   **Nonpriority creditor's name and mailing address**

Lukas Cadil
lcadil@sbcglobal.net

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,015.78

---

**3.** 301   **Nonpriority creditor's name and mailing address**

Lumar Builders Inc.
Luislopez@lumarbuildersinc.com

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,450.00

| Debtor | Untitled Labs, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 302  **Nonpriority creditor's name and mailing address**

Maiyah Hilliard
19033 53rd Avenue Northeast

Lake Forest Park, WA 98155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,085.55

**3.** 303  **Nonpriority creditor's name and mailing address**

Malalay Sherzada
3609 Gilman Ave W, Seattle, WA 98199

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

**3.** 304  **Nonpriority creditor's name and mailing address**

Malcolm Plaister
abfab747@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,756.41

**3.** 305  **Nonpriority creditor's name and mailing address**

Malik, Geeta
gmalik67@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,076.44

**3.** 306  **Nonpriority creditor's name and mailing address**

Marcucci, Kristen
kmarcucci@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,506.67

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 307    **Nonpriority creditor's name and mailing address**

Marcus Chait
305 Metzgar St, Half Moon Bay, CA 94019

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 308    **Nonpriority creditor's name and mailing address**

Marcus Young
419 Boynton Ave, Berkeley, CA 94707

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 309    **Nonpriority creditor's name and mailing address**

Margaret Schultz
6802 Gunn Drive

Oakland, CA 94611

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 310    **Nonpriority creditor's name and mailing address**

Margaux Millman
94 Dalma Dr, Mountain View, CA 94041

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 311    **Nonpriority creditor's name and mailing address**

Maria Baquero
mlbaquero@mac.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 852.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 312 **Nonpriority creditor's name and mailing address**

Maria Joseph
dearmariaj7@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,270.98

---

**3.** 313 **Nonpriority creditor's name and mailing address**

Marie Hitchcock
marie_hitch@yahoo.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,785.00

---

**3.** 314 **Nonpriority creditor's name and mailing address**

Mark Andrew Kelsey
19696 Grand View Dr, Topanga, CA,
90290-3353, US

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,862.51

---

**3.** 315 **Nonpriority creditor's name and mailing address**

Mark Dillon
1577 Kenewa St

Ojai, CA 93023

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 316 **Nonpriority creditor's name and mailing address**

Mark Flores
5044B Fauntleroy Way SW

Seattle, WA 98136

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 73 of 109

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 317 **Nonpriority creditor's name and mailing address**

Mark Kelsey
19696 Grand View Drive

Topanga, CA 90290

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 318 **Nonpriority creditor's name and mailing address**

Martin Choate
11301 Exeter Avenue Northeast

Seattle, WA 98125

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 319 **Nonpriority creditor's name and mailing address**

Mary Kathleen Metcalfe
241 Sw 183rd St

Normandy Park, WA 98166

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 320 **Nonpriority creditor's name and mailing address**

Mary Moore
marykmoore@msn.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,444.90

---

**3.** 321 **Nonpriority creditor's name and mailing address**

Mary Wyand
1206 Stannage Avenue

Berkeley, CA 94706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,000.00

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|--------|---------------------|------------------------------------------|
|        | Name                |                                          |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 322 **Nonpriority creditor's name and mailing address**

Matt Boisen
5906 80th Ave SE, Mercer Island, WA 98040

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ Unknown

---

**3.** 323 **Nonpriority creditor's name and mailing address**

MATTERPORT
352 E Java Dr

Sunnyvale, CA 94089

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 52,500.00

---

**3.** 324 **Nonpriority creditor's name and mailing address**

Matthew Schweber Law Group
630 Fort Washington Ave.
Ste. 6G
New York, NY 10040

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 1,440.00

---

**3.** 325 **Nonpriority creditor's name and mailing address**

McKenzie Cox
2729 Monterey Boulevard

Oakland, CA 94602

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ Unknown

---

**3.** 326 **Nonpriority creditor's name and mailing address**

Meg A. Jordan
megjordan21@me.com

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 5,467.58

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 327 **Nonpriority creditor's name and mailing address**

Megan Peake
77 El Toyonal, Orinda, CA, 94563

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,103.63

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 328 **Nonpriority creditor's name and mailing address**

Meher Bharucha
835 14th Street
San Francisco, CA 94114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

$ 4,761.00

**Date or dates debt was incurred** 03/20/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 329 **Nonpriority creditor's name and mailing address**

Meher Bharucha
meher.bharucha@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 3,752.49

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 330 **Nonpriority creditor's name and mailing address**

Melissa Anne Reyes
344 Liberty Street

San Francisco, CA 94114

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

$ Unknown

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 331 **Nonpriority creditor's name and mailing address**

Melissa Carrig
1906 N Avenue 52, Los Angeles, CA 90042

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Refund

$ 310.57

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|--------|---------------------|------------------------|
|        | Name                |                        |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.332** Nonpriority creditor's name and mailing address

Michael Greenberg
2125 Bryant St., Unit 5

San Francisco, CA 94110

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.333** Nonpriority creditor's name and mailing address

Michael McClintic
498 Colusa Way, Livermore, CA 94551

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,744.64

---

**3.334** Nonpriority creditor's name and mailing address

Michael Nelson
10619 1st Ave SW

Seattle, WA 98146

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.335** Nonpriority creditor's name and mailing address

Michaela Tedore
5544 Diamond Heights Boulevard

San Francisco, CA 94131

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.336** Nonpriority creditor's name and mailing address

Michelle Chang & Dong Yu
1634 30th Ave, San Francisco, CA 94122

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

Case: 24-30760   Doc# 2   Filed: 10/12/24   Entered: 10/12/24 09:24:32   Page 89 of 124

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337** Nonpriority creditor's name and mailing address

Mike Pimentel
mpimente510@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,779.34

---

**3.338** Nonpriority creditor's name and mailing address

Milanez Andrew
1486 26th Avenue

San Francisco, CA 94122

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.339** Nonpriority creditor's name and mailing address

Mina Kim
minachoi78@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,998.29

---

**3.340** Nonpriority creditor's name and mailing address

Mindspace
201-202, GuruKripa Towers, Mahaveer Marg,
C-Scheme, Jaipur, Rajasthan, India 302001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 266.00

---

**3.341** Nonpriority creditor's name and mailing address

Mohammad Milad Naseri
16716 Northeast 89th Street

Redmond, WA 98052

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 342** Nonpriority creditor's name and mailing address

Mollie Yeh
700 E Ocean Blvd Unit 1801, Long Beach, CA
90802

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3. 343** Nonpriority creditor's name and mailing address

Molly Masterson
6660 Colton Blvd, Oakland, CA 94611

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3. 344** Nonpriority creditor's name and mailing address

Molly Merin
84 Polhemus Way

Larkspur, CA 94939

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ Unknown

---

**3. 345** Nonpriority creditor's name and mailing address

Monica Eneriz-Wiemer
monica.wiemer@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 882.54

---

**3. 346** Nonpriority creditor's name and mailing address

Monica Salgaonkar
monee02@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 4,601.96

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 347 **Nonpriority creditor's name and mailing address**

MONTEON BUILDERS INC
Monteonbuildersinc@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,500.00

---

**3.** 348 **Nonpriority creditor's name and mailing address**

Moss Adams LLP
PO Box 101822

Pasadena, CA 91189

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,877.00

---

**3.** 349 **Nonpriority creditor's name and mailing address**

Mr Racks
500 SW 16th Street

Renton, WA 98057

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,211.11

---

**3.** 350 **Nonpriority creditor's name and mailing address**

Mutsubu Inayama
1061 Kains Ave, Albany, CA 94706

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 351 **Nonpriority creditor's name and mailing address**

N8 Designs
Michelle@n8designs.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,200.00

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.352** Nonpriority creditor's name and mailing address

Nadia Jefferson
5136 45th Ave NE, Seattle, WA 98105

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.353** Nonpriority creditor's name and mailing address

Nav Sandhu
2821 Via Sola, Palos Verdes Estates, CA 90274

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,611.65

---

**3.354** Nonpriority creditor's name and mailing address

Navjot Sandhu
2821 Via Sola
Palos Verdes Peninsula, CA 90274

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.355** Nonpriority creditor's name and mailing address

NCS Construction Service
info@dccwa.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 550.00

---

**3.356** Nonpriority creditor's name and mailing address

Nextdoor Inc
420 Taylor Street

San Francisco, CA 94102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 11,386.48

---

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**Part 2:     Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.357** Nonpriority creditor's name and mailing address
Nicholas & Pris Dolendi
38 Gann Way, Novato, CA, 94949

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$ 15,706.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.358** Nonpriority creditor's name and mailing address
Nicholas Dolendi
38 Gann Way

Novato, CA 94949

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.359** Nonpriority creditor's name and mailing address
Nicole Kaneshiro
the.nicole@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

**$ 1,523.21**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.360** Nonpriority creditor's name and mailing address
Nicole Posner
3514 Nova Scotia Ave, San Jose, CA 95124

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

**$ Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.361** Nonpriority creditor's name and mailing address
Nina deshpande
nina.bhanap@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

**$ 1,308.20**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 94 of 124

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 82 of 109

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 362  **Nonpriority creditor's name and mailing address**

Nina Topic
ntopic@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,172.40

---

**3.** 363  **Nonpriority creditor's name and mailing address**

O S E Horizon Enterprise
liyanli@horizonrenovation.net

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,521.52

---

**3.** 364  **Nonpriority creditor's name and mailing address**

Oriet Cohen-Supple
660 Key Route Blvd.

Albany, CA 94706

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 365  **Nonpriority creditor's name and mailing address**

Oscar's Construction & Remodeling Inc.
oscars.const4remodeling@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,435.00

---

**3.** 366  **Nonpriority creditor's name and mailing address**

Palo Alto Home Improvements, Inc.
c/o Wolfe & Wyman LLP
980 9th St., Ste. 1750
Sacramento, CA 95814

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 83 of 109

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.367** Nonpriority creditor's name and mailing address
Pam Ginocchio
2702 California Street, San Francisco, CA 94115, US

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown

**3.368** Nonpriority creditor's name and mailing address
Pamela Cerria
2821 Laguna Street

San Francisco, CA 94123

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown

**3.369** Nonpriority creditor's name and mailing address
Parastoo Emami
c/o Brown Neri Smith & Khan LLP
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown

**3.370** Nonpriority creditor's name and mailing address
Patricia Murphy
murphy.patricia@live.com

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Refund

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 2,045.62

**3.371** Nonpriority creditor's name and mailing address
Patricia Tran
344 Liberty Street

San Francisco, CA 94114

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ Unknown

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 372  **Nonpriority creditor's name and mailing address**

Patty Dean
pattydean2@comcast.net

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 8,713.13

---

**3.** 373  **Nonpriority creditor's name and mailing address**

Paula Alvarez
paulannalvarez@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 6,559.46

---

**3.** 374  **Nonpriority creditor's name and mailing address**

Pauline Lim
123 Corwin St, San Francisco, CA 94114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,085.14

---

**3.** 375  **Nonpriority creditor's name and mailing address**

Penske Truck Rental
1500 S. Greenwood Ave.

Montebello, CA 90640

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 11,820.32

---

**3.** 376  **Nonpriority creditor's name and mailing address**

Peter & Alicia Arnold
13326 NE 154th Dr, Woodinville, WA 98072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,377.72

---

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 377 **Nonpriority creditor's name and mailing address**
Peter Novak
peterjnovak@icloud.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,279.30

---

**3.** 378 **Nonpriority creditor's name and mailing address**
PG&E
P.O.Box 997300

Sacramento, CA 95899

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,590.22

---

**3.** 379 **Nonpriority creditor's name and mailing address**
PHILOMEL PENA
philomelpena@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,967.35

---

**3.** 380 **Nonpriority creditor's name and mailing address**
Pikcells Limited
Unit 16 Heritage Exchange, Wellington Mills
Plover Road, Lindley, Huddersfield, West
Yorkshire HD3 3HR, U.K.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 381 **Nonpriority creditor's name and mailing address**
Precious Joy Balin-Watkins
pjbalin@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,151.60

---

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 98 of
124

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 86 of ___109

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**382 **Nonpriority creditor's name and mailing address**

ProCountertop USA
alex@perazaconstruction.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 500.00

---

**3.**383 **Nonpriority creditor's name and mailing address**

QBE
PO Box 5438

New York, NY 10087

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 81,700.00

---

**3.**384 **Nonpriority creditor's name and mailing address**

Qualtrics LLC
333 W River Park Dr.

Provo, UT 84604

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,500.00

---

**3.**385 **Nonpriority creditor's name and mailing address**

Rachel Brotherton
racbro77@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,605.00

---

**3.**386 **Nonpriority creditor's name and mailing address**

Ray Phillips
ray@bluem33.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,299.00

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 87 of ___109

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 387    **Nonpriority creditor's name and mailing address**

Remode Arts LLC
remodearts@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 320.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 388    **Nonpriority creditor's name and mailing address**

Removify
64 Gwynne Street, Cremorne, VIC, Australia
3121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,600.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 389    **Nonpriority creditor's name and mailing address**

Republic Services
42600 Boyce Road

Fremont, CA 94538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,306.67

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 390    **Nonpriority creditor's name and mailing address**

Richard Camacho
66 Windcrest Lane

South San Francisco, CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,713.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 391    **Nonpriority creditor's name and mailing address**

Richard Davis
rd-law@hotmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,815.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

| Debtor | Untitled Labs, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**⌷392 **Nonpriority creditor's name and mailing address**

Richard Quesada
2639 24th Avenue

San Francisco, CA 94116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3.**⌷393 **Nonpriority creditor's name and mailing address**

Richard Rusnack
12 Berkeley Avenue

San Anselmo, CA 94960

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 11,184.73

---

**3.**⌷394 **Nonpriority creditor's name and mailing address**

RL CONSTRUCTION
rlconstructioninc1@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,400.00

---

**3.**⌷395 **Nonpriority creditor's name and mailing address**

Robert Gatmaitan
gotmytan@yahoo.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,753.21

---

**3.**⌷396 **Nonpriority creditor's name and mailing address**

Rodney J Tong
rjtong@yahoo.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 947.09

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 397   **Nonpriority creditor's name and mailing address**

Roger Dickey
5214F Diamond Hts Blvd
#1452
San Francisco, CA 94131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,822.83

---

**3.** 398   **Nonpriority creditor's name and mailing address**

Roger Halualani
rmhalualani@sbcglobal.net

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,124.48

---

**3.** 399   **Nonpriority creditor's name and mailing address**

Roger Lai
151 Flora Ave, Walnut Creek, CA 94595

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 400   **Nonpriority creditor's name and mailing address**

Rosario Koenig
rekoenig13@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 523.92

---

**3.** 401   **Nonpriority creditor's name and mailing address**

Rosemarie Clark
rclarks@comcast.net

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,041.74

---

| Debtor | Untitled Labs, Inc. | Case number _(if known)_____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 402   **Nonpriority creditor's name and mailing address**

Routable
548 Market St PMB 33807

San Francisco, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 11,904.23

---

**3.** 403   **Nonpriority creditor's name and mailing address**

RSP Group Inc
pjb@rspg-ca.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,212.67

---

**3.** 404   **Nonpriority creditor's name and mailing address**

Ryan Dawkins
6931 Pinehaven Rd, Oakland, CA 94611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

---

**3.** 405   **Nonpriority creditor's name and mailing address**

S Squared Labs LLC
400 Park Ave s, Ste #38D

New York, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 135,000.00

---

**3.** 406   **Nonpriority creditor's name and mailing address**

S&C Construction
sean@bayarearemodeler.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,035.00

---

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 407 **Nonpriority creditor's name and mailing address**
Samantha Adams
839 Augusta Dr.

Moraga, CA 94556

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 46,044.70

---

**3.** 408 **Nonpriority creditor's name and mailing address**
Samantha Franklin
samantha.franklin.rout@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,592.00

---

**3.** 409 **Nonpriority creditor's name and mailing address**
Sandeep Tukhar
tukhasa@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,399.67

---

**3.** 410 **Nonpriority creditor's name and mailing address**
Sandra Garza
4730 La Villa Marina Unit A

Marina del Rey, CA 90292

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 411 **Nonpriority creditor's name and mailing address**
Sarah Foley
2564 Regis Drive

Davis, CA 95618

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 434.35

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|--------|---------------------|------------------------|
|        | Name                |                        |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 412   **Nonpriority creditor's name and mailing address**

Sarah Gerber
5524 Old Salt Lane

Agoura Hills, CA 91301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 413   **Nonpriority creditor's name and mailing address**

Sarah Nichols
1745 49th Ave, Capitola, CA 95010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 414   **Nonpriority creditor's name and mailing address**

Sarjit Chima
4400 Varsity Street

Ventura, CA 93003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.** 415   **Nonpriority creditor's name and mailing address**

Scot Gibson
scotgibson@pm.me

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,264.12

---

**3.** 416   **Nonpriority creditor's name and mailing address**

Scott Ellison
4108 Fassett Ct, Elk Grove, CA 95758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 72.00

---

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 417  **Nonpriority creditor's name and mailing address**

Scott Hoggarth
35008 Rhododendron Dr SE, Snoqualmie, WA
98065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,660.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 418  **Nonpriority creditor's name and mailing address**

Scott Morris
57 Hancock St, San Fransisco, CA 94114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 419  **Nonpriority creditor's name and mailing address**

Scott Morris
c/o Haapala Thompson & Abern LLP
1939 Harrison St., Ste. 800
Oakland, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 420  **Nonpriority creditor's name and mailing address**

Shane Evans
neoevans@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,234.43

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 421  **Nonpriority creditor's name and mailing address**

Shannon de Rubens
29261 SE 5th Street

Fall City, WA 98024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

| Debtor | Untitled Labs, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 422  **Nonpriority creditor's name and mailing address**

Shannon jensen
shannonmjensen@msn.com

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,000.00

---

**3.** 423  **Nonpriority creditor's name and mailing address**

Shawna Hernandez
4741A 36th Avenue South

Seattle, WA 98118

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 288.61

---

**3.** 424  **Nonpriority creditor's name and mailing address**

Sid Kaw
skaw23@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 287.47

---

**3.** 425  **Nonpriority creditor's name and mailing address**

Sierra Howlett Browne
1415 Southwest 128th Street

Burien, WA 98146

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 227.81

---

**3.** 426  **Nonpriority creditor's name and mailing address**

Skyler L Forge
strictlyskyler@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,000.00

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427** Nonpriority creditor's name and mailing address

Solar Mosaic LLC
601 12th Street
Ste. 325
Oakland, CA 94607

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.428** Nonpriority creditor's name and mailing address

Spencer Chan & Chelsie Frank
11716 Evanston Ave N, Seattle, WA 98133

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 67,500.00

---

**3.429** Nonpriority creditor's name and mailing address

Sree Devi Prasad
sevisree@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 992.84

---

**3.430** Nonpriority creditor's name and mailing address

Stanley Chen
1101 Foster Road

Napa, CA 94558

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.431** Nonpriority creditor's name and mailing address

Stanley's Construction
info@stanleys-construction.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,590.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432** Nonpriority creditor's name and mailing address

Staya Inc (dba Dover)
2261 Market Street
#4158
San Francisco, CA 94114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26,435.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.433** Nonpriority creditor's name and mailing address

Stefania Pomponi
msstefaniapomponi@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 622.11

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.434** Nonpriority creditor's name and mailing address

Stefanie ball
stefanie.ball@directv.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,220.64

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.435** Nonpriority creditor's name and mailing address

Stephen Fenton
6805 149th Ave NE, Redmond, WA 98052

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.436** Nonpriority creditor's name and mailing address

Stephen McDonnell
21 Stillman St, San Francisco, CA 94107

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Case: 24-30760   Doc# 2   Filed: 10/12/24   Entered: 10/12/24 09:24:32   Page 109 of 124

| Debtor | Untitled Labs, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.437 Nonpriority creditor's name and mailing address**
Steve Barbieri
sbarbieri54@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 540.20

---

**3.438 Nonpriority creditor's name and mailing address**
Steve Barbieri
2369 Union St #2

San Francisco, CA 94123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 540.20

---

**3.439 Nonpriority creditor's name and mailing address**
Strickland, Bridget
bridget.strickland12@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 810.72

---

**3.440 Nonpriority creditor's name and mailing address**
Strike Tax Advisory
121 N. 9th St.
Ste. 101
Boise, ID 83702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 125,000.00

---

**3.441 Nonpriority creditor's name and mailing address**
Suhas Deshpande
4099 Howe Street

Oakland, CA 94611

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 98 of 109

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.442** Nonpriority creditor's name and mailing address

Superior Home Construction
superiorhomeconstructions@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

$ 2,953.80

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.443** Nonpriority creditor's name and mailing address

Supreme Drywall Services, LLC
SupremeDrywall.LLC@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

$ 5,500.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.444** Nonpriority creditor's name and mailing address

Susan Fox
susanraefox@gmail.com

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Refund

$ 2,205.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.445** Nonpriority creditor's name and mailing address

Susan Goldie
4148 Los Arabis Dr, Lafayette, CA 94549

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.446** Nonpriority creditor's name and mailing address

Susan Katz
133 Edwards Ave

Sausalito, CA 94965

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

$ Unknown

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Untitled Labs, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b>    <b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.447**   **Nonpriority creditor's name and mailing address**

Swift Construction
emirrangel1@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,888.43

---

**3.448**   **Nonpriority creditor's name and mailing address**

Tai Lee
kratai@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,278.18

---

**3.449**   **Nonpriority creditor's name and mailing address**

Tara Mann
1131 Alta Loma Rd #115, West Hollywood, CA 90069

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.450**   **Nonpriority creditor's name and mailing address**

Taryn Propersi
806 Taylor Ave, Alameda, CA 94501

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.451**   **Nonpriority creditor's name and mailing address**

Tawni Cranz
nazariocranz74@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,813.00

Case: 24-30760   Doc# 2   Filed: 10/12/24   Entered: 10/12/24 09:24:32   Page 112 of 124

| Debtor | Untitled Labs, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 452  **Nonpriority creditor's name and mailing address**

Taylor LoNigro
25 Senior Ave, Berkeley, CA 94708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 15,539.85

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 453  **Nonpriority creditor's name and mailing address**

Terminix
PO Box 802155

Chicago, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 206.90

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 454  **Nonpriority creditor's name and mailing address**

Terranova Construction
121 Paul Dr Ste E 94903, San Rafael, CA 94903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

$ 7,403.33

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 455  **Nonpriority creditor's name and mailing address**

Thea & Jeremy Burris
18621 Springdale Ct NW, Shoreline, WA 98177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 10,500.32

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 456  **Nonpriority creditor's name and mailing address**

Thesis
41 Schermerhorn Street #1078

Brooklyn, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 40,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 457    **Nonpriority creditor's name and mailing address**

Tiffany Lei
965 Folsom Street, #205

San Francisco, CA 94107

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ Unknown

---

**3.** 458    **Nonpriority creditor's name and mailing address**

Tim Liburd
teamliburd@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 4,334.28

---

**3.** 459    **Nonpriority creditor's name and mailing address**

Tom Aaron
16729 SE 40th Pl, Bellevue, WA 98008

**As of the petition filing date, the claim is:**
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ Unknown

---

**3.** 460    **Nonpriority creditor's name and mailing address**

Tom Anderson
toml.anderson4@gmail.com

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 473.92

---

**3.** 461    **Nonpriority creditor's name and mailing address**

TPVG VARIABLE FUNDING COMPANY LLC -
Collection Account
2755 Sand Hill Road, Suite 150
Ste. 150
Menlo Park, CA 94025

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Finance Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 209,687.50

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 462    Nonpriority creditor's name and mailing address

Travis Weihermuller
829 Greenwood Avenue, 8L

Brooklyn, NY 11218

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,500.00

---

**3.** 463    Nonpriority creditor's name and mailing address

Trim Wellbeloved
1563 44th Ave, San Francisco, CA 94122

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 464    Nonpriority creditor's name and mailing address

Turn Key Construction & Design
ericfigueroa@tkcdinc.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,782.50

---

**3.** 465    Nonpriority creditor's name and mailing address

Tyla Vecchiarelli
tylavecc@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,119.43

---

**3.** 466    Nonpriority creditor's name and mailing address

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 103 of 109

| Debtor | Untitled Labs, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.467** Nonpriority creditor's name and mailing address

Uline
PO Box 88741

Chicago, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 210.47

---

**3.468** Nonpriority creditor's name and mailing address

Upperstudy Inc
1 Blackfield Dr, 120
120
Tiburon, CA 94920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,285.80

---

**3.469** Nonpriority creditor's name and mailing address

Uptalent Inc
18117 BISCAYNE BLVD PMB 61561

Miami, FL 33160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 490.00

---

**3.470** Nonpriority creditor's name and mailing address

Urben Homes LLC
Info@urbenhomes.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,100.00

---

**3.471** Nonpriority creditor's name and mailing address

Vanessa McCurdy
3260 Trifari Place

Concord, CA 94518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,319.73

---

| Debtor | Untitled Labs, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.472** Nonpriority creditor's name and mailing address

Vanna Conrady
vanna_conrady@yahoo.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,929.38

---

**3.473** Nonpriority creditor's name and mailing address

Victor Hernandez
victor1223hdz@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,875.00

---

**3.474** Nonpriority creditor's name and mailing address

Warner, Shannon
shandywarner@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,270.66

---

**3.475** Nonpriority creditor's name and mailing address

Washington construction group llc
wa.con.grp@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,455.00

---

**3.476** Nonpriority creditor's name and mailing address

Will Zelver
zelver@gmail.com

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,247.16

Debtor Untitled Labs, Inc. Case number (if known)
Name

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.477 Nonpriority creditor's name and mailing address**

WiseChoice
operations@wisechoicegc.com

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

$ 1,402.40

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.478 Nonpriority creditor's name and mailing address**

Wm Contractor Holdings Llc
jon.wmcontractorholdings@gmail.com

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

$ 5,625.00

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.479 Nonpriority creditor's name and mailing address**

Worldwide Express
PO Box 733360

Dallas, TX 75373

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,670.00

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.480 Nonpriority creditor's name and mailing address**

X-Team International Pty. Ltd.
733 Burwood Road, Hawthorn East, 3123,
Victoria, Australia

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 108,400.00

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.481 Nonpriority creditor's name and mailing address**

Xspace Builder
xspacebuilders@gmail.com

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Refund

$ 3,200.00

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims page 106 of 109

| Debtor | Untitled Labs, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.482** Nonpriority creditor's name and mailing address
Yii Wen Chuah
620 Mariposa Ave, Apt 4, Mountain View, CA 94041

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.483** Nonpriority creditor's name and mailing address
Yin Shun Wang
3852 Jefferson Avenue

Emerald Hills, CA 94062

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.484** Nonpriority creditor's name and mailing address
YouTeam
Market Square, Building 17, Lviv, Ukraine 79008

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,471.68

---

**3.485** Nonpriority creditor's name and mailing address
Zachary Hart
4130 Rousseau Lane

Palos Verdes Peninsula, CA 90274

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Notice Only

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.486** Nonpriority creditor's name and mailing address
Zoom
55 Almaden Blvd
6th Floor
San Jose, CA 95113

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 16,536.28

Case: 24-30760   Doc# 2   Filed: 10/12/24   Entered: 10/12/24 09:24:32   Page 119 of 124

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 107 of 109

| Debtor | Untitled Labs, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Bledsoe, Diestel, Treppa & Crane, LLP<br>180 Sansome St., 5th Fl.<br>San Francisco, CA, 94104 | Line 3.419<br>☐ Not listed. Explain: | _____ |
| 4.2. | DLA Piper LLP<br>Attn: Joseph Silver & JJ Gotlieb<br>1201 West Peachtree St., Ste. 2900<br>Atlanta, GA, 30309 | Line 3.182<br>☐ Not listed. Explain | _____ |
| 4.3. | Lilola Home LLC<br>Attn: John Chen<br>1261 E. Airport Drive<br>Ontario, CA, 91761 | Line 3.292<br>☐ Not listed. Explain | _____ |
| 4.4. | Newfront<br>Attn: Kiley Wyart<br>450 Sansome Street, Suite 300<br>San Francisco, CA, 94111 | Line 3.427<br>☐ Not listed. Explain | _____ |
| 41. | Orrick, Herrington & Sutcliffe LLP<br>Attn: Ben Au<br>631 Wilshire Blvd., Ste. 2C<br>Santa Monica, CA, 90401 | Line 3.480<br>☐ Not listed. Explain | _____ |
| 4.5. | Troutman Pepper Hamilton Sanders LLP<br>Attn: Kalama Lui-Kwan<br>Three Embarcadero Center,  Ste. 800<br>San Francisco, CA, 94111 | Line 3.427<br>☐ Not listed. Explain | _____ |
| 4.6. | X-Team International Pty. Ltd.<br>PO Box 537, Chelsea, VIC, Australia 3196 | Line 3.480<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $ 942,557.56 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,828,415.14 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,770,972.70 |

Debtor name    Untitled Labs, Inc.

United States Bankruptcy Court for the:    Northern District of California

Case number (If known): _____    Chapter    7

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Case: 24-30760    Doc# 2    Filed: 10/12/24    Entered: 10/12/24 09:24:32    Page 122 of
124

**Fill in this information to identify the case:**

Debtor name ___Untitled Labs, Inc.___

United States Bankruptcy Court for the: ___Northern District of California___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D ☐ E/F ☐ G |
| 2.2 | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case and this filing:

Debtor Name     Untitled Labs, Inc.

United States Bankruptcy Court for the:  Northern District of California

Case number (*If known*):  _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10 11 2024**          ✗ _____
MM / DD / YYYY                           Signature of individual signing on behalf of debtor

                                         Richard Couch
                                         Printed name

                                         Chief Restructuring And Liquidation Officer
                                         Position or relationship to debtor