Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Untitled Labs, Inc. | Case No.: 24–30760 DM 7 |
|---|---|---|
| | dba Made Renovation<br>Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Michael G. Kasolas is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>11/20/24</u>

By the Court:

Dennis Montali
United States Bankruptcy Judge