# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 11/20/2024 |
| Case: 24–30760 | Form ID: FIND | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
tr    Michael G. Kasolas    trustee@kasolas.net
aty    Patrick M. Costello    pcostello@vectislawgroup.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Untitled Labs, Inc.    2108 Chestnut Street    Unit B    San Francisco, CA 94123

TOTAL: 1