| In re: | Case No. 24-30760-DM |
|---|---|
| Untitled Labs, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0971-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: FIND | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Untitled Labs, Inc., 2108 Chestnut Street, Unit B, San Francisco, CA 94123-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Nov 22, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael G. Kasolas | trustee@kasolas.net  ecf.alert+Kasolas@titlexi.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Patrick M. Costello | on behalf of Debtor Untitled Labs  Inc. pcostello@vectislawgroup.com, clee@vectislawgroup.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
California Northern Bankruptcy Court

| | |
|---|---|
| In Re:     Untitled Labs, Inc.<br>     dba Made Renovation<br>         Debtor(s) | Case No.: 24−30760 DM 7<br><br>Chapter: 7 |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Michael G. Kasolas is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other


Dated: 11/20/24

By the Court:

Dennis Montali
United States Bankruptcy Judge